IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00494-LTB-MJW

AKRAM AMIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, CO, a Governmental Entity, and
POLICE OFFICER DAVID CLOUGH, individually and in his capacity as Employee of the City
and County of Denver, Denver Police Department,

    Defendants.

_____

### MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Stipulation for Extension of Time Pursuant to D.C.COLO.LCivR 6.1(A) for Defendants to Respond to Complaint (Doc 2 - filed April 10, 2006) is **GRANTED up to and including April 24, 2006**.

Dated: April 11, 2006
_____