**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00494-LTB-MJW

AKRAM AMIN,

       Plaintiff,

v.

CITY AND COUNTY OF DENVER, and
DAVID CLOUGH,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Pursuant to Rule 41 F.R.C.P. (Doc 12 - filed June 21, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED**, each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED:   June 23, 2006